# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158068(80)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TYKEITH L. TURNER,
      Defendant-Appellant.
_____/

SC: 158068
COA: 336406
Wayne CC: 95-010246-FC

On order of the Chief Justice, the motion of Gregory Wines to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 13, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2019



Clerk